IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII CARPENTERS TRUST FUNDS, ET AL, | ) ) ) | CV 18-00393-LEK-RT |
| Plaintiff(s), | ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S |
| vs. | ) ) ) | FINDINGS AND RECOMMENDATION |
| MONTAGE DECOR, LLC., | ) ) | |
| Defendant(s). | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 11, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To Enter Default Judgment and Award Damages Against Montage Decor, LLC" ECF No. [23] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, May 1, 2019.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**HAWAII CARPENTERS TRUST FUNDS, ET AL. VS. MONTAGE DECOR, LLC; CIVIL 18-00393 LEK-RT; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**